**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry Hernandez, | No. CV-21-00357-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Costco Wholesale Corporation, | |
| Defendant. | |

Plaintiff Henry Hernandez asks the Court to reconsider its order remanding this matter back to state court for lack of subject matter jurisdiction, alleging new evidence to cure the jurisdictional deficiency. (Doc. 37.) Regardless of the merits, "[o]nce a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case." 28 U.S.C. § 1447(c); *accord Seedman v. U.S. Dist Ct. for the Cent. Dist. of Cali.*, 837 F.2d 413, 414 (9th Cir. 1988).

**IT IS ORDERED** that Plaintiff's Motion to Set Aside Verdict is **DENIED**.

Dated this 19th day of April, 2022.

Douglas L. Rayes
United States District Judge